468 F.2d 199
 72-2 USTC P 9696
 Leslie H. BAKER, Jr., Plaintiff-Appellant,
v.
DISTRICT DIRECTOR OF INTERNAL REVENUE et al., Defendants-Appellees.
 No. 72-1988 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Oct. 10, 1972.
 
 Leslie H. Baker, Jr., pro se.
 Scott P. Crampton, Asst. Atty. Gen., Gilbert E. Andrews, Jr., Meyer Rothwacks, Attys., Tax Div., Dept. of Justice, Washington, D. C., Eldon B. Mahon, U. S. Atty., William L. Johnson, Jr., Asst. U. S. Atty., Fort Worth, Tex., for defendants-appellees.
 Before JOHN R. BROWN, Chief Judge, and GOLDBERG and MORGAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 We conclude that the judgment of the district court in this matter is correct. See Leslie H. Baker, Jr. v. District Director of Internal Revenue, N.D.Tex. 1972, 348 F.Supp. 524.
 
 
 2
 Affirmed.
 
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I